

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WIEDER,

                    Plaintiff(s),

   -against-

GREATER HUDSON VALLEY HEALTH SYSTEM, et al.,

                    Defendant(s).

21 CV 8026 (NSR)
RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and in light of the discovery deadlines extension, it is hereby

ORDERED that the above case scheduled for **a Status Conference on December 21, 2022 is adjourned until February 7, 2023 at 2:00 pm to be held via teleconference.**

To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.**

In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.

2. Use handset rather than speakerphone.

3. Identify yourself each time you speak.

4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.

5. **Mute** when not speaking to eliminate background noise, i.e., dog barking, kids playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes through. This will also prevent interruptions.

6. Avoid voice-activated systems that don't allow the speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

SO ORDERED.

Dated: December 19, 2022
       White Plains, NY

_____
NELSON S. ROMÁN, U.S.D.J