**MEMO ENDORSED**

# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060  Direct
(914) 946-1216  Fax
jacksonlewis.com

January 19, 2023

**VIA ECF**
Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:   Wieder v. Garnet Health, et al.
      No. 7:21-cv-08026-NSR

Dear Judge Roman:

We represent Defendants in the above referenced matter. We write to inform the Court that the parties had a conference with Magistrate Judge Davison on January 18, 2023. During the conference, Magistrate Judge Davison extended the deadline for completion of all discovery to February 24, 2023. A telephone conference before Magistrate Judge Davison was also set for February 16, 2023.

In light of the extension of the discovery deadline, Magistrate Judge Davison directed the parties to write to Your Honor to respectfully request that the status conference originally scheduled for February 7, 2023 be adjourned to a date after February 24, 2023.

Thank you for your courtesy in this regard.

Very truly yours,

*Joseph A. Saccomano Jr.*

Joseph A. Saccomano, Jr.
(914) 872-6903
Joseph.saccomano@jacksonlewis.com
Jackson Lewis P.C.

cc:   Eli Wagschal, Plaintiff's Counsel (via e-mail)

4872-9245-6523, v. 4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/20/2023

**In light of the extension of the discovery deadlines, the parties' request to adjourn the telephonic Status Conf. before Judge Román from Feb. 7, 2023 until Mar. 16, 2023 at 2:00 pm is GRANTED. Counsel are directed to this Court's Order at ECF No. 31 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 37. Dated: White Plains, NY**
         **January 20, 2023**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE