UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CHAYA WIEDER,

                            Plaintiffs,

-against-

GREATER HUDSON VALLEY HEALTH SYSTEM et.al.,

                            Defendant.

----------------------------------------------------------------X

21-CV-08026 (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

On June 14, 2023, Plaintiff sent a letter requesting to reopen discovery (ECF No. 51), which Defendants opposed. (ECF No. 52). Plaintiff is directed to file a letter reply by no later than **June 22, 2023**, that addresses the points raised in Defendant's recent letter. (ECF No. 52).

    SO ORDERED.

DATED:    White Plains, New York
                June 15, 2023

                                                  _____
                                                  VICTORIA REZNIK
                                                  United States Magistrate Judge