```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WEIDER,
                                                    Plaintiffs,

        -against-

GREATER HUDSON VALLEY HEALTH SYSTEM,

                                                    Defendant.
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2023

7:21-CV-08026-NSR-VR

**ORDER RE STAUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for July 26, 2023 at 10 AM.

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

       **SO ORDERED.**

DATED:    White Plains, New York
               July 18, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge