# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
**jacksonlewis.com**

July 20, 2023

**VIA ECF**

Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**GRANTED**
Conference adjourned to
July 28, 2023 at 12:30 pm.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

7/20/2023

**Re:   Wieder v. Garnet Health, et al.
         Civil Action No. 7:21-cv-08026 (NSR)**

Dear Judge Reznik:

We represent Defendants in the above-referenced matter. We write this letter to respectfully request that the Status Conference scheduled for July 26th at 10:00 A.M. be rescheduled to either the afternoon of July 28th or during the afternoon in the week of July 31st. Defendants make this request due to previously scheduled vacation on July 26th.  Plaintiff has consented to this request.

We thank the Court for its consideration in this regard.

Respectfully submitted,

Joseph A. Saccomano, Jr.
(914) 872-6903
Joseph.Saccomano@jacksonlewis.com
Jackson Lewis P.C.

cc:     Eli Wagschal (via ECF)

4886-5714-9553, v. 3