# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
CHAYA WIEDER,

                Plaintiff,                21 **CIVIL** 8026 (NSR)

    -against-                        **JUDGMENT**

GREATER HUDSON VALLEY SYSTEM
(n/k/a GARNET HEALTH), ORANGE REGIONAL
MEDICAL CENTER, and ERICA BURGOS.

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 13, 2024, Defendants Greater Hudson Valley System (n/k/a Garnet Health), Orange Regional Medical Center, and Erica Burgos' motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York
         December 16, 2024

                                          **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                        **BY:**    _____
                                               **Deputy Clerk**